ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1002,

        Plaintiff,

  - against -

DARREN K. INDYKE and RICHARD D. KAHN
in their capacities as the executors
of THE ESTATE OF JEFFREY E. EPSTEIN,

        Defendants.

20-cv-06906(LLS)

ORDER

    The parties have stipulated that plaintiff may proceed anonymously, and solicit the Court's approval. Court approval, even in cases such as this, is not automatic. See, for instance, Jane Doe v. Harvey Weinstein, 20 Civ. 6240, 2020 WL 5261343 (S.D.N.Y. Sept. 3, 2020) (denying motion to proceed under a pseudonym although the claims of sexual assault were highly sensitive and of a personal nature). That factor is not dispositive.

    Approaching the issue objectively, counsel are directed to brief the question whether this case is a proper one for allowing plaintiff to proceed anonymously, in light of the factors set forth in Sealed Plaintiff v. Sealed Defendant, 537 F.3d 185 (2d Cir. 2008).

    So ordered.

Dated:  New York, New York
         October 16, 2020

                                    *Louis L. Stanton*
                                  LOUIS L. STANTON
                                      U.S.D.J.